

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-24-00152-CV |
|  | § |  |
| TROPICANA PALMS, LTD., | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the

Honorable Sergio Enriquez of the 448th District Court of El Paso County, Texas and concludes

that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for

writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Alley, C.J., dissenting